IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JORGE MARTINEZ-NOYOLA,<br><br>    Defendant. | **4:13CR3133**<br><br>**ORDER** |

IT IS ORDERED that:

1. The defendant's unopposed motion to continue sentencing hearing (filing 28) is granted.

2. Defendant Jorge Martinez-Noyola's sentencing is continued to Friday, October 17, 2014, at 2:30 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 25th day of July, 2014.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge